UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOMINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENTUCKY FRIED CHICKEN, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-08449-HSG<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR CHANGE OF VENUE**<br><br>Re: Dkt. No. 14 |

On January 31, 2020, Plaintiff Michael Domino, pro se, filed the pending motion to change venue from the Oakland Division of the Northern District of California to the San Francisco Division. Dkt. No. 14.[1] Pursuant to Local Rule 3-2(d), "all civil actions which arise in the counties of Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo or Sonoma shall be assigned to the San Francisco Division or the Oakland Division." This case was properly assigned according to this rule. Plaintiff provides no reason for the requested change outside of an apparent "inconvenien[ce] . . . to travel from San Francisco, CA to Oakland." Dkt. No. 14. This fails to show that "the interests of justice will be served" by such a transfer. L.R. 3-2(h). Accordingly, the Court **DENIES** Plaintiff's motion to change venue.

**IT IS SO ORDERED.**

Dated: 2/5/2020

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court finds the application appropriate for disposition without oral argument. *See* Civ. L.R. 7-1(b).