UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOMINO,<br><br>    Plaintiff,<br><br>v.<br><br>KENTUCKY FRIED CHICKEN, et al.,<br><br>    Defendants. | Case No. 19-cv-08449-HSG<br><br>**ORDER DENYING PLAINTIFF'S AMENDED MOTION FOR CHANGE OF VENUE**<br><br>Re: Dkt. No. 19 |

On February 5, 2020, the Court issued an order that denied Plaintiff Michael Domino's motion for change of venue. *See* Dkt. No. 15. On February 14, 2020, Domino pro se, filed the pending amended motion to change venue from the Oakland Division of the Northern District of California to the San Francisco Division. Dkt. No. 19.[1] For the same reasons identified in the Court's previous order, Plaintiff's amended motion for change of venue is **DENIED**. Plaintiff is directed not to refile this request, which the Court has now denied twice.[2]

**IT IS SO ORDERED.**

Dated: 2/20/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Court finds the application appropriate for disposition without oral argument. *See* Civ. L.R. 7-1(b).
[2] Plaintiff's request for judicial notice is **DENIED AS MOOT**. Dkt. No. Dkt. No. 21.