UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DOMINO,

   Plaintiff,

 v.

KENTUCKY FRIED CHICKEN, et al.,

   Defendants.

Case No. 19-cv-08449-HSG

**ORDER DIRECTING UNITED STATES MARSHAL TO SERVE DEFENDANTS**

On May 12, 2020, the Court directed Plaintiff Michael Domino to either serve the amended complaint on Defendants or provide an amended address for the United States Marshal to issue summons and serve the amended complaint consistent with Federal Rule of Civil Procedure 4(h). *See* Dkt. No. 26. Plaintiff responded with an amended address. *See* Dkt. No. 27. Accordingly, the Court orders the Clerk of the Court to issue summons and the Marshal to serve the summons and amended complaint on Defendants at the amended address provided by Plaintiff. *See* Dkt. No. 27 at 3.

**IT IS SO ORDERED.**

Dated: 6/8/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge