UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOMINO,<br><br>        Plaintiff,<br><br>    v.<br><br>KENTUCKY FRIED CHICKEN, et al.,<br><br>        Defendants. | Case No. 19-cv-08449-HSG<br><br>**OREDER SETTING BRIEFING SCHEDULE AND HEARING FOR MOTION TO RESCIND SETTLEMENT AGREEMENT**<br><br>Re: Dkt. No. 64 |

On November 4, 2020, the parties submitted a Stipulation of Dismissal.  Dkt. No. 62.  On November 5, Plaintiff filed a Motion to Rescind the Settlement Agreement, but Plaintiff did not properly notice the motion.  Dkt. No. 64.  The Court **ORDERS** as follows:

1. Defendants shall file any opposition by November 19, 2020.

2. Plaintiff shall file any reply in support of his Motion to Rescind Settlement Agreement by November 27, 2020.

3. The Court **SETS** the hearing date for December 17, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 11/9/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge