Allan O. Walsh (CA Bar No. 140526)
**McKAY, BURTON & THURMAN**
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
Email: awalsh@mbt-law.com

*Attorneys for Defendants Kentucky Fried Chicken & Taco Bell*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOMINO,<br><br>        Plaintiff,<br><br>vs.<br><br>KENTUCKY FRIED CHICKEN; TACO BELL, ET AL.,<br><br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 19-cv-08449-HSG<br><br>Judge Haywood S. Gilliam, Jr. |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Domino and Defendants KFC Corporation and Taco Bell Corp. (misnamed in this action as "Kentucky Fried Chicken" and "Taco Bell") hereby stipulate that all claims in this action be dismissed with prejudice. The parties shall each be responsible for their own costs and attorneys' fees.

DATED this 4th day of November, 2020.

**McKAY, BURTON & THURMAN**

    /s/ Allan O. Walsh
Allan O. Walsh
*Attorneys for Defendants*

DATED this 4th day of November, 2020.

**PLAINTIFF**

    */s/  Michael Domino
Pro Se Plaintiff
*Mr. Domino has consented that his name be indicated electronically

**ORDER**

The Court, having considered the above Stipulation of the parties, hereby orders dismissal of all claims in this action with prejudice.

DATED this 17th day of December, 2020.

_____
Judge Haywood S. Gilliam, Jr.